UNITED STATES DISTRICT COURT
IN AND FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 3:20-CV-207-J-39 JBT

PATRICIA JOY,

    Plaintiff,

v.

CIRCLE K STORES, INC.,

    Defendant.

_____/

### DEFENDANT'S NOTICE OF REMOVAL

**TO:** THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

Defendant, CIRCLE K STORES, INC., by and through its undersigned counsel, and pursuant to 28 U.S.C. § 1331, § 1441, § 1446 and Local Rule 4.02, hereby removes this action which is styled Patricia Joy v. Circle K Stores, Inc., and designed Case No.: 2019-CA-005875 in the Circuit Court for the Fourth Judicial Circuit in and for Duval County, Florida, in which the action is now pending, to the United States District of Florida, Jacksonville Division. In support of this removal and pursuant to 28 U.S.C. §1446, this Defendant states:

1. This case is properly removable due to diversity of citizenship between Plaintiff and Defendant. At all times material hereto, Plaintiff was and is a citizen and resident of the

Cole, Scott & Kissane
www.csklegal.com

Miami | Fort Lauderdale West | Fort Lauderdale East | West Palm Beach | Orlando | Jacksonville | Tampa
Bonita Springs | Naples | Pensacola | Fort Myers | Tallahassee | Key West

State of Florida and Defendant was and is a foreign corporation organized under the laws of Tempe, Arizona. This Defendant is not a resident of the forum state. To determine citizenship of a corporation for the purposes of ascertaining diversity jurisdiction, the Court looks to (1) the state of incorporation and (2) the state where the corporation has its principal place of business. 28 U.S.C. § 1332(c)(1). The principal place of business of a corporation is its nerve center, which has been defined as "the place where a corporation's officers direct, control and coordinate the corporations' activities." Hertz Corp v. Friend, 559 U.S. 77, 91-94 (2010) (establishing the "nerve center" test as a uniform approach for determining corporate citizenship). Defendant's principal place of business is Tempe, Arizona. Accordingly, this Notice of Removal is founded and based upon complete diversity citizenship between all parties pursuant to 28 U.S.C.A. § 1332 and 28 U.S.C.A. § 1441, *et seq.*

2. Venue is proper in the Jacksonville Division of the Middle District of Florida. Pursuant to Local Rule 1.02(b)(1), this case was filed by Plaintiff in State Court in Duval County and Plaintiff's cause of action accrued in said county. *See also* 28 U.S.C.A. § 1441(a).

3. This Defendant has filed with the Clerk of the Circuit Court for the Fourth Judicial Circuit, in and for Duval County, Florida, a true and correct copy of the Notice to State Court Clerk of Removal of Case to Federal Court, pursuant to 28 U.S.C.A. §1446(b).

2
Cole, Scott & Kissane
www.csklegal.com

Miami | Fort Lauderdale West | Fort Lauderdale East | West Palm Beach | Orlando | Jacksonville | Tampa
Bonita Springs | Naples | Pensacola | Fort Myers | Tallahassee | Key West

4. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, orders and other paper or exhibits of every kind from the State Court Action are being filed herewith, as **Exhibit A.**

5. Defendant may use a variety of documents, including a written settlement demand, as an "other paper" under 28 U.S.C. §1446 (b) to determine if the case is removable. Essenson v. Coale, 848 F. Supp. 987, 989-90 (M.D. Fla. 1994). Plaintiff previously demanded $200,000; therefore, the amount in controversy is met. Martin v. Mentor Corp., 142 F. Supp. 2d 1346, 1349 (M.D. Fla. 2001).

6. This Notice of Removal is hereby filed within thirty (30) days from Plaintiff's service of the Amended Complaint on February 11, 2020. See 28 U.S.C. § 1446 (b) (1).

7. There are no other Defendants as names parties in this action, thus there are no other Defendants from which consent needs to be obtained to remove this action.

8. There are not presently any pending motions or orders in the State Court action Case No. 2019-CA-005875.

9. The allegations set forth in this Notice of Removal are true and correct to the best of the knowledge and belief of the undersigned counsel. The undersigned counsel is the attorney for Defendant and has been specifically authorized to act on behalf of Defendant in seeking removal of this cause to the United States District Court Middle District of Florida, Jacksonville Division. Further, the undersigned is a licensed attorney in the State

of Florida and authorized to practice in the United States District Court, Middle District of Florida.

WHEREFORE, the Defendant, CIRCLE K STORES, INC. hereby provides Notice Of Removal of this cause from the Circuit Court for the Fourth Judicial Circuit, in and for Duval County, to the United States District Court for the Middle District of Florida, Jacksonville Division.

Respectfully submitted this 2nd day of March 2020.

>COLE, SCOTT & KISSANE, P.A.
>*Counsel for CIRCLE K STORES, INC.*
>Cole, Scott & Kissane Building
>4686 Sunbeam Road
>Jacksonville, Florida 32257
>Telephone (904) 672-4046
>Facsimile (904) 672-4050
>Primary e-mail: sami.achem@csklegal.com
>Secondary e-mail: victoria.merritt@csklegal.com
>Alternate e-mails:
>jennifer.nicholson@csklegal.com
>jessica.deleon@csklegal.com
>
>By:  s/ Sami R. Achem
>
>SAMI R. ACHEM
>Florida Bar No.: 93892

4
Cole, Scott & Kissane
www.csklegal.com

Miami | Fort Lauderdale West | Fort Lauderdale East | West Palm Beach | Orlando | Jacksonville | Tampa
Bonita Springs | Naples | Pensacola | Fort Myers | Tallahassee | Key West

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of March 2020 a true and correct copy of the foregoing was filed with the Clerk of Court for the United States District Court for the Middle District of Florida, Jacksonville Division, and served electronically to all parties of record.

<div style="margin-left:3em">

COLE, SCOTT & KISSANE, P.A.
*Counsel for CIRCLE K STORES, INC.*
Cole, Scott & Kissane Building
4686 Sunbeam Road
Jacksonville, Florida 32257
Telephone (904) 672-4046
Facsimile (904) 672-4050
Primary e-mail: sami.achem@csklegal.com
Secondary e-mail: victoria.merritt@csklegal.com
Alternate e-mails:
jennifer.nicholson@csklegal.com
jessica.deleon@csklegal.com

By:   s/ Sami R. Achem
SAMI R. ACHEM
Florida Bar No.: 93892

</div>

5
Cole, Scott & Kissane
www.csklegal.com

Miami | Fort Lauderdale West | Fort Lauderdale East | West Palm Beach | Orlando | Jacksonville | Tampa
Bonita Springs | Naples | Pensacola | Fort Myers | Tallahassee | Key West