Filing # 94336490 E-Filed 08/17/2019 01:19:20 PM

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA

CASE NO:
DIVISION:

PATRICIA JOY,

    Plaintiff,

v.

CIRCLE K STORES, INC.,
A Foreign Corporation,

    Defendant.

_____/

## COMPLAINT

**COMES NOW,** Plaintiff, PATRICIA JOY by and through the undersigned counsel, sues Defendant, CIRLCE K STORES, INC., and states:

1. This is an action for damages in excess of $15,000.00, exclusive of attorneys' fees, costs, and interest.

2. At all times material hereto, Plaintiff was a resident of Jacksonville, Duval County, Florida.

3. At all times material hereto, Defendant, CIRLCE K STORES, INC., was a foreign profit corporation, operating and existing under the law of the State of Florida with a registered agent located in Duval County, Florida.

4. At all times material hereto, Defendant, CIRCLE K STORES, INC., owned, operated, and maintained a retail gas station and grocery store located at 4115 Sportsman Club Road, Jacksonville, Duval County, Florida 32219 (hereinafter referred to as the "Subject Premises").

5. This court has jurisdiction as the incident occurred in Jacksonville, Duval County,

ACCEPTED: DUVAL COUNTY, RONNIE FUSSELL, CLERK, 08/20/2019 08:14:08 AM

Florida.

## COUNT I – NEGLIENCE

6. Plaintiff readopts and re-alleges paragraphs 1 through 5 above as if fully set forth herein and further alleges:

7. On or about January 12, 2018, Plaintiff was a business invitee on the Subject Premises.

8. At all times material times hereto, Plaintiff, PATRICIA JOY, was entering the Subject Premises when, suddenly and without warning, she slipped and fell on a foreign transitory substance at or near the main entrance.

9. At all material times hereto, Defendant negligently maintained the floor at the Subject Premises by allowing a transitory foreign substance to remain on the floor such that it caused Plaintiff to slip and fall resulting in bodily injuries to Plaintiff.

10. At all times material hereto, Defendant had the duty to maintain the Subject Premises in a reasonably safe condition and/or to warn invitees such as the Plaintiff of dangerous conditions.

11. The dangerous floor condition specified above existed for a sufficient length of time such that Defendant knew or should have known of said condition.

12. At all times material hereto, Defendant breached its duty to maintain the Subject Premises in a reasonably safe condition by:

    a. By allowing a foreign liquid substances to remain on the floor for an unreasonable length of time, thus creating an unsafe condition;

    b. Defendant failed to warn or alert invitees, such as Plaintiff, that the floors were wet, slippery, and/or otherwise unsafe;

    c.    Defendant failed to reasonably inspect the area where Plaintiff fell for hazardous conditions;

    d.    Defendant failed to remove the foreign transitory substance prior to Plaintiff's fall.

12.    Failing to exercise due care with respect to the matters alleged in this Complaint.

13.    As a direct and proximate result of Defendant's negligence, Plaintiff suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of the capacity for the enjoyment of life, inconvenience, expense of hospitalization, medical and nursing care and treatment, loss of earnings and loss of ability to earn money and/or aggravation of a previously existing condition. The injuries sustained by the Plaintiff are either permanent or continuing within a reasonable degree of medical and or chiropractic probability, and the Plaintiff will suffer such losses in the future.

**WHEREFORE**, Plaintiff, PATRICIA JOY, demands judgment for damages against Defendant, CIRCLE K STORES, INC., together with costs, and further demands a trial by jury on all issues herein.

Dated this 17th day of August, 2019.

        /s/ Nicolas Iannucci
    **NICOLAS B. IANNUCCI (FL Bar No. 1003286)**
    **REBECCA H. COZART (FL Bar No. 0487570)**
    **RONALD E. SHOLES, P.A.**
    4608 Norwood Ave., Jacksonville, Florida 32206
    Ph: 904-309-7822 Fax: 904-240-0640
    Primary Email: RonSholesPA-Team10-Eservice@YouHurtWeFight.com
    Secondary Email: Team20-Premises-Eservice@youhurtwefight.com
    Attorneys for Plaintiff